**No. 11-6317. William Cecil Thornton, Petitioner v. California.**

565 U.S. 1039, 132 S. Ct. 583, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8201.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 11-6319. Roland Salazar, aka Roland Cristobal Solazar, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1039, 132 S. Ct. 583, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8211.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6322. Randy Andrew Ramer, Petitioner v. Mary Long, et al.**

565 U.S. 1039, 132 S. Ct. 583, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8198.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 431 Fed. Appx. 73.

**No. 11-6323. Victor O., Petitioner v. Connecticut.**

565 U.S. 1039, 132 S. Ct. 583, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8283.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 301 Conn. 163, 20 A.3d 669.

**No. 11-6324. Dennis Mouton, III, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1039, 132 S. Ct. 583, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8161.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6336. Anne M. Bradley, Petitioner v. Connecticut.**

565 U.S. 1039, 132 S. Ct. 584, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8239,

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

**No. 11-6345. Rafael Ponce, Petitioner v. California.**

565 U.S. 1039, 132 S. Ct. 584, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8175.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 11-6349. Eric Maurice Wright, Petitioner v. Jessica Symmes, Warden.**

565 U.S. 1039, 132 S. Ct. 584, 181 L. Ed. 2d 429, 2011 U.S. LEXIS 8197.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.